IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO WILLIAMS,

      Petitioner,                      No.  2:12-cv-2067 KJN P

   vs.

BABCOCK, Warden,

      Respondent.                  ORDER

_____/

        Petitioner, a federal prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an application to proceed in forma pauperis.  Review of the habeas petition indicates that petitioner is challenging the voluntariness of his plea agreement entered in 2005 in the United States District Court for the Eastern District of Virginia, Norfolk Division; petitioner also challenges any procedural bar to this action based on his claim of actual innocence.  Petitioner is presently incarcerated at the Federal Correction Institution, in Herlong, California, which is located in the Eastern District of California.

        Under 28 U.S.C. 2241(d), this court and the United States District Court for Eastern District of Virginia have concurrent jurisdiction.  However, any witnesses and evidence necessary for the resolution of the petition, including an assessment whether it is time-barred, are

more readily available in the Eastern District of Virginia. Therefore, the undersigned finds that it is more convenient to the parties and witnesses, and in the interests of justice, to transfer this action to the Eastern District Court of Virginia. <u>See</u> 28 U.S.C. §§ 1404(a), 1915 & 2241(d).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of Virginia, Norfolk Division; and

2. This court has not ruled on petitioner's application to proceed in forma pauperis.

SO ORDERED.

DATED: September 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2067.transfer