IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO WILLIAMS,

        Petitioner,               No. 2: 12-cv-2759 KJN P

    vs.

BABCOCK, Warden,

        Respondent.         ORDER

_____/

        Petitioner, a federal prisoner proceeding without counsel, pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's motion to proceed in forma pauperis is granted;

1

2. Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order;

3. The Clerk of the Court is directed to serve a copy of this order and petitioner's petition on the United States Attorney.

DATED: November 14, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2759.100