IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO WILLIAMS,

    Petitioner,           No. 2:12-cv-2759 KJN P

    vs.

BABCOCK, Warden,

    Respondent.        ORDER

_____/

    Respondent filed a second request for an extension of time to file a response to the petition filed under 28 U.S.C. § 2241. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Respondent's request for an extension of time (dkt. no. 22) is granted; and

    2. Respondent is granted until February 28, 2013, in which to file a response. No further extensions of time will be granted.

DATED: January 30, 2013

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

will2759.eot2