IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO WILLIAMS,

    Petitioner,               No. 2: 12-cv-2759 KJN P

    vs.

BABCOCK,

    Respondent.          ORDER

_____/

        Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 7, 2013, respondent filed a motion to dismiss. In support of the motion to dismiss, respondent also filed a request to file petitioner's presentence report under seal.

        Good cause appearing, the request to file the presentence report under seal is granted. See Local Rule 460(a) (presentence reports are confidential records of the United States District Court).

////

////

////

////

1

      Accordingly, IT IS HEREBY ORDERED that respondent's request to file petitioner's presence report under seal (dkt. no. 26) is granted.

DATED: May 2, 2013

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will2759.seal